```
1  KEVIN V. RYAN  (CSBN 118321)
   United States Attorney
2  JAY R. WEILL  (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
    9th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
5   Telephone: (415) 436-7017

6  Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROL LINDSAY (aka CAROL LE ) <br> MARQUAND); STATE OF CALIFORNIA, ) <br> FRANCHISE TAX BOARD; COUNTY OF ) <br> SANTA CRUZ, OFFICE OF TAX ) <br> COLLECTOR, ) <br> ) <br> Defendants. ) <br> ———————————————————— ) | No.  C-06-5397-JW-HRL <br><br> **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** <br><br> DATE:   DECEMBER 18, 2006 <br> TIME:   10:00 A.M. |

    This is an action filed on August 31, 2006 by the government seeking to reduce to judgment federal income taxes owed by defendant taxpayer Carol Lindsay and to foreclose certain tax liens on real property owned by the defendant to collect those taxes.  Carol Lindsay was served with a summons and complained by certified mail on September 8, 2006.  She has not responded to the complaint.  On November 9, 2000 the Clerk declined to enter her default because she had not been personally served.  On November 17, 2006 her roomate, Linda Griswold, was personally served with a summons and complaint at defendant's residence.  If the defendant taxpayer dose not respond to the complaint, then the government will again request the Clerk to enter default judgment against the taxpayer.  Upon default judgment being entered, the government will request this Court by motion to enter an order of foreclosure of the real property.

///

1     Accordingly, we request the Court to continue the Case Management Conference to
2 March 19, 2007 to allow the government time to file the above request and motion. Counsel for
3 the State of California has no objection.

4                                              Respectfully submitted,

5                                              KEVIN V. RYAN
                                             United States Attorney
6

7

8                                              /s/ Jay R. Weill
                                             JAY R. WEILL
                                             Assistant United States Attorney
9                                              Chief, Tax Division

10                                    **ORDER**

11     Upon application of the United States, the Case Management Conference is continued to
12 March 19, 2007 at 10:00 a.m.

13

14    Date: December 7th, 2006

15                                              United States District Judge

Appl. To Cont. CMC & Order
NO. C-06-5397-HRL            2