

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**              ) <br> ) <br> **Plaintiff,**                                        ) <br> ) <br> v.                                                          ) <br> ) <br> **CAROL LINDSAY (aka CAROL LE**        ) <br> **MARQUAND); STATE OF CALIFORNIA,** ) <br> **FRANCHISE TAX BOARD; COUNTY OF**   ) <br> **SANTA CRUZ, OFFICE OF TAX**             ) <br> **COLLECTOR,**                                    ) <br> ) <br> **Defendants.**                                     ) <br> _____) | No.  C-06-5397-JW <br><br> **ORDER RE: STIPULATION** <br> **CONTINUING CASE** <br> **MANAGEMENT CONFERENCE** |

    IT IS HEREBY ORDERED that the case management conference scheduled for

September 24, 2007 is continued to December 3, 2007, at 10:00 a.m.

    This is the parties' final continuance.

Dated:  September 10, 2007

                                                                                            _____
                                                                                            JAMES WARE
                                                                                            United States District Judge