| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO  (CSBN 44332)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Acting Chief, Tax Division<br>DAVID L. DENIER (CSBN 95024) |
| 4 | Assistant United States Attorney<br>  9th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055<br>  San Francisco, California 94102 |
| 6 |   Telephone:  (415) 436-6888<br>  Fax:          (415) 436-6748 |



Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | No.  C-06-5397-JW |
| | ) | |
| v. | ) | |
| | ) | **JOINT STATEMENT IN** |
| **CAROL LINDSAY (aka CAROL LE** | ) | **RESPONSE TO ORDER TO SHOW** |
| **MARQUAND); STATE OF CALIFORNIA,** | ) | **CAUSE RE SETTLEMENT** |
| **FRANCHISE TAX BOARD; COUNTY OF** | ) | |
| **SANTA CRUZ, OFFICE OF TAX** | ) | |
| **COLLECTOR,** | ) | **DATE: MARCH 3, 2008** |
| | ) | **TIME: 9:00 A.M.** |
| **Defendants.** | ) | |

This is an action to reduce to judgment certain outstanding income tax assessments for the tax years 1990 through 1995 made against defendant Carol Lindsay and to foreclose federal tax liens upon the real property located at 144 Getchell Street, San Jose, California.  Ms. Lindsay had not filed her federal income tax returns for the years at issue.  The tax assessments made against Ms. Lindsay for those years, as set forth in paragraph 10 of the Complaint, were based on Substitute for Returns.

Ms. Lindsay has agreed with both the IRS's and the FTB's calculations of the tax liabilities due and owing.  She anticipates paying the FTB tax liability soon from current assets. The IRS tax liability is of a magnitude that will require a loan.  Ms. Lindsay has applied for a loan and believes she will be able to secure one.  She anticipates the loan will be obtained and the

1 IRS paid within 60 days. Ms. Lindsay owns the real property that is the subject of the foreclosure
2 action free of any encumbrances other than the federal, state and/or local tax liabilities. The
3 government cannot dismiss this action until payment is received. The action was filed because
4 the statute of limitations on collection was expiring.

For the foregoing reasons, the parties recommend that this case be set for a further case management conference in sixty (60) days.

                                          Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

Dated: February 25, 2008            /s/ David L. Denier
                                          DAVID L. DENIER
                                          Assistant United States Attorney
                                          Tax Division

Dated: February 25, 2008            /s/ David Porter
                                          DAVID B. PORTER
                                          Attorney for Defendant
                                              Carol J. Lindsay

                                          BILL LOCKYER
                                          Attorney General of the State of California

Dated : February 25, 2008           /s/ Randall P. Borcherding
                                          RANDALL P. BORCHERDING
                                          Deputy Attorney General
                                          Attorneys for Defendant Franchise Tax Board

**\*\*\* ORDER \*\*\***

Based on the parties' representations, the Court continues the Order to Show Cause hearing currently set for March 3, 2008 to **June 2, 2008 at 9 A.M.** This is the final continuance. If a Stipulated Dismissal is not filed by **May 27, 2008**, the parties shall file a Joint Statement in Response to the Order to Show Cause on the same date.

Dated: February 27, 2008              _____
                                            JAMES WARE
                                            United States District Judge