1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  JOYCE E. HEE
   Acting Supervising Deputy Attorney General
3  KAREN W. YIU, State Bar No. 230710
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5385
    Fax:  (415) 703-5480
6   Email:  Karen.Yiu@doj.ca.gov

7  Attorneys for Defendant Franchise Tax Board

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                          Plaintiff,<br><br>             v.<br><br>**CAROL LINDSAY (aka CAROL LE MARQUAND); STATE OF CALIFORNIA, FRANCHISE TAX BOARD; COUNTY OF SANTA CRUZ, OFFICE OF TAX COLLECTOR,**<br><br>                                          Defendants. | C 06-5397 JW<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff United States of America and Defendant Franchise Tax Board hereby stipulate that Defendant Franchise Tax Board shall be dismissed from this action.  Supervising Deputy Attorney General Randall P. Borcherding and Deputy Attorney General Karen W. Yiu, counsel for Defendant Franchise Tax Board, shall be removed from the service list in this action,

//
//
//
//
//

including all e-mail notifications of electronic filing or other case activity.

Dated: September 11, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ David L. Denier

DAVID L. DENIER
Assistant United States Attorney
Tax Division
Attorneys for Plaintiff United States of America

Dated: September 11, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

JOYCE E. HEE
Acting Supervising Deputy Attorney General

/s/ Karen W. Yiu

KAREN W. YIU
Deputy Attorney General
Attorneys for Defendant Franchise Tax Board

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __September 12, 2008__  _____James Ware_____
UNITED STATES DISTRICT JUDGE

20142699.wpd
SF2006402556

Stipulation and Order for Dismissal

United States of America v. Carol Lindsay, et al.
C 06-5397 JW