```
MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
THOMAS MOORE (SBN ASBN 4305-T780))
Chief, Tax Division
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-7017
    Facsimile:  (415) 436-7234

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROL LINDSAY,<br><br>    Defendant.<br>_____<br><br>COMPUTERSHARE,<br><br>    Garnishee.<br>_____ | Case No.  C 06 5397 JW<br><br><br><br><br><br><br><br><br><br>**AMENDED WRIT OF**<br>**CONTINUING GARNISHMENT** |

TO:   Computershare
      P.O. Box 43078
      Providence, RI 02940-3078

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

Carol Lindsay
2395 Delaware Avenue, SPC 96
Santa Cruz, CA 95060.

Social Security Number (last four digits): XXX-XX-2209

This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the defendant for a debt in the original amount of $97,183.13.  There is a balance due of approximately $95,955.27 which includes costs and interest computed through April 4, 2011.

The following are the steps that you must take to comply with this Writ.  If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you.  You must answer the Writ even if you do not have in your custody, control, or possession any property of the defendant.  Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

    a. Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

    b. a description of such property and the value of such property;

    c. a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

    d. the amount of the debt you anticipate owing to the defendant in the future and whether the period for payment will be weekly or another specified period.

For your convenience, a form which addresses the above-requested information is attached and

may be used to answer the Writ.

3.  After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

> Clerk, United States District Court
> 280 S. First Street, Room 2112
> San Jose, CA 95113.

At the same time you mail or deliver the original answer to the Court, you must also mail or deliver a copy of the original answer to both the defendant and attorney for the United States at the following respective addresses:

> Carol Lindsay
> 2395 Delaware Avenue, SPC 96
> Santa Cruz, CA 95060.
>
> Thomas Moore
> Assistant U.S. Attorney
> 450 Golden Gate Avenue, 11th Floor
> P.O. Box 36055
> San Francisco, CA 94102.

Please note that the attached form answer contains a certificate of service which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

**IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES**

1  **AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME**
2  **SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION**
3  **REQUIRING YOU TO APPEAR.**

RICHARD W. WIEKING,
Clerk of the United States
District Court for the Northern
District of California

Dated: April 22, 2011         By: *Elizabeth C. Garcia*
                                  Deputy Clerk